TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00524-CR







Daniel B. Gonzales a/k/a Danny Gonzales, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT


NO. 2000-170, HONORABLE C. FRED SHANNON, JR., JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Alexander L. Calhoun, is ordered to tender a brief in this cause no later than June 13,
2002. No further extension of time will be granted.

It is ordered May 3, 2002. 


Before Chief Justice Aboussie, Justice B. A. Smith and Yeakel

Do Not Publish